464 A.2d 521

Commonwealth v. Preston, Jr., Appellant.

Petition for Allowance of Appeal
Denied Nov. 4, 1983.

Submitted May 24, 1983. David G. Metinko, Assistant Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.